# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-01463-SJO (SHK) | Date: | August 17, 2018 |
| Title: | *Raul Raulph Torres v. Nancy A. Berryhill* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     ORDER TO SHOW CAUSE

On July 10, 2018, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. On July 13, 2018, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file proofs of service within **thirty** (30) days after the filing of the CMO. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proof of service have not been filed with the Court.

Accordingly, no later than **August 31, 2018,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proof of service by August 31, 2018, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**