UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.T., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:18-cv-01463-SJO-SHK <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, Defendant's Motion to Dismiss ("MTD"), the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 1, Complaint; ECF No. 11, Defendant's MTD; ECF No. 18, R&R. Plaintiff has not objected to the Magistrate Judge's R&R. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge.

///

///

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss be **GRANTED** and that Judgment be entered **DISMISSING** this case without prejudice.

Dated:
    April 25, 2019

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Judge