JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.T., | Case No. 5:18-cv-01463-SJO-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case be **DISMISSED** without prejudice.

Dated: April 25, 2019

_S. James Otero_

————————————————————
HONORABLE S. JAMES OTERO
United States District Judge